Fishman v Bunty & Jyoti, Inc. (2025 NY Slip Op 06545)

Fishman v Bunty & Jyoti, Inc.

2025 NY Slip Op 06545

Decided on November 25, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 25, 2025

Before: Webber, J.P. SEQ CHAPTER \h \r 1, Kennedy, González, Higgitt, Michael, JJ. 

Index No. 158538/12|Appeal No. 5235|Case No. 2024-06254|

[*1]Ariel Fishman et al., Appellants,
v
Bunty and Jyoti, Inc. et al., Defendants, City of New York et al., Defendants-Respondents.

Weitz and Luxenberg, P.C., New York (Alani Golanski of counsel) for appellants.
Muriel Goode-Trufant, Corporation Counsel, New York (Jeremy W. Shweder of counsel) for respondents.

Order, Supreme Court, New York County (J. Machelle Sweeting, J.), entered September 9, 2024, which granted the motion of defendants City of New York, N.Y.C. Department of Transportation, and Board of Education of the City of New York (collectively, the City) for summary judgment dismissing the complaint against them, unanimously affirmed, without costs.
The court properly concluded that the City met its prima facie burden of demonstrating that the street where the accident occurred was reasonably safe and that no prior complaints about the allegedly hazardous condition, namely, motorists double-parking nearby the school (see Cerio v Carrington, 161 AD3d 541, 541 [1st Dept 2018]). Given the absence of any history of complaints about the alleged hazard at the subject location, plaintiffs' expert's conclusory opinions lacked probative value and were insufficient to raise an issue of fact.
We have considered plaintiffs' remaining arguments and find them unavailing.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 25, 2025